JUDGE VALDERRAMA
MAGISTRATE JUDGE HARJANI
Case: 1:22-cr-00346 Document #: 1 Filed: 07/12/22 Page 1 of 2 PageID #:1
FILED
7/12/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
EY
1:22-CR-346

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| ROY MCGAHEE, a/k/a "Lucky" | ) | Code, Section 922(o) |
| | ) | |
| | ) | **UNDER SEAL** |

The SPECIAL MAY 2021 GRAND JURY charges:

On or about January 8, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

ROY MCGAHEE, a/k/a "Lucky,"

defendant herein, did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely (a) a Conversion Device, also known as an "auto sear" and a "Glock Switch," and (b) a Glock, model 23, .40 caliber pistol, bearing serial number BTSN040, which had been converted, using a Conversion Device, to shoot automatically, in violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2021 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(o), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to a Glock model 23, .40 caliber pistol, bearing serial number BTSN040, with an installed Conversion Device, also known as a "Glock switch."

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY